**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hector CAMPOZANO–**
**TIERRABLANCA, Defendant–**
**Appellant.**

**No. 03–10665.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Susan B. Cowger, Tamara Lynn Reno, US Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Hector Campozano–Tierrablanca, pro se, White Deer, PA, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.[*]

The assistant federal public defender appointed to represent Campozano–Tierrablanca in the district court and on direct appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Campozano–Tierrablanca has filed a *pro se* brief in response to counsel's motion. Our independent review of the briefs and the record disclose no nonfrivolous issues for appeal. The FPD's motion for leave to withdraw is GRANTED, the FPD is excused from further responsibilities, and the appeal is DISMISSED. *See* 5th Cir. R. 42.2.

We decline to address the ineffective assistance of counsel claims raised by Campozano–Tierrablanca in this proceeding because the record is not sufficiently developed to permit direct review. *See United States v. Brewster,* 137 F.3d 853, 859 (5th Cir.1998).

ANDERS MOTION GRANTED; APPEAL DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.